IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -4 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Nicholas Jason Hall _____, Plaintiff

v.

Sheriff Steve Reams _____,

Deputy Van Eaton _____,

Sgt. Todd _____,

"see attached" _____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Nicholas Jason Hall #59016/D.O.C.#149251 P.O. Box 6000 Sterling, CO 80751
(Name, prisoner identification number, and complete mailing address)

Joseph Hall
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓  Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓  Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Steve Reams, Sheriff, 1950 "O" st. Greeley, CO 80631
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

Defendant was and still is an elected official of the state of Colorado

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: **Deputy Van Eaton, S.O.G. member, 1950 "O" St. Greeley, CO 80631**
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

At the time of the incident defendant was an employee of the Weld County Sheriff's Dept.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: **Sgt. Todd, Seargent, 1950 "O" St. Greeley, CO 80631**
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

At the time of the incident defendant was an employee of the Weld County Sheriffs Dept

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

## "B. Defendants Information"

**Defendant #4:** Deputy Miller, S.O.G. member, 1950 "O" St. Greeley, CO 80631
(Name, Job title, and complete mailing address)

At the time the claims in this complaint arose was this defendant acting under color of state or federal law?
✓ Yes ___ No (check one) Briefly Explain:
At the time of the incident defendant was an employee of the Weld County Sheriffs Dept.
Defendant 4 is being sued in his/her ✓ individual and or ✓ official capacity

**Defendant 5:** Sgt-Vaughn, Seargent, 1950 "O" St. Greeley, CO 80631
(Name, Job title, complete mailing address)

At the time the claims in this complaint arose was this defendant acting under color of state or federal law?
✓ Yes ___ No (check one) Briefly Explain:
At the time of the incident defendant was an employee of the Weld County Sheriffs Dept.
Defendant 5 is being sued in his/her ✓ individual and or ✓ official capacity

**Defendant 6:** Deputy Merredith, Deputy, 1950 "O" St. Greeley, CO 80631
(Name, Job title, complete mailing address)

At the time the claims in this complaint arose was this defendant acting under under color of state or federal law? ✓ Yes ___ No check one
Briefly Explain: At the time of the incident defendant was an employee of the Weld County Sheriffs Dept. Defendant 6 is being sued in his/her ✓ individual and or ✓ official capacity

"B. Defendant Information"

Defendant #7: Dustin Polk, Provider, 1950 "o" st. Greeley, CO 80631
(Name, job title, complete mailing address)

At the time the claims in this complaint arose was this defendant acting under color of state or federal law?
✓ Yes __ No (check one) Briefly explain:
At the time of the incident defendant was a contracted employee of the Weld County Sheriffs Dept.
Defendant 7 is being sued in his/her ✓ individual and or ✓ official capacity

Defendant 8: Captain Kannettz, Captain, 1950 "o" st. Greeley, CO 80631
(Name, job title, complete mailing address)

At the time the claims in this complaint arose was this defendant acting under color of state or federal law?
✓ Yes __ No (check one) Briefly Explain:
At the time of incident defendant was an employee of the Weld County Sheriffs Dept.
Defendant 5 is being sued in his/her ✓ individual and or ✓ official capacity

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Excessive Force</u>

Supporting facts: 1 On 9-18-18 I was a victim of excessive force when I was shot in the left leg by S.O.G. member Deputy Van Eaton. 2. I was in a secure area known as the hour out room. 3 I was not a danger to myself, other inmates, or staff. 4 I was shot in my leg for refusing to change into a smaller pair of pants. 5. The projectile was fired from a military tactical shotgun. 6 A flashbang was also used causing temporary hearing loss and some disorientation. 7 The projectile was fired less than 5 feet from where I stood. 8 The projectile cause permanent nerve and tissue damage. 9 I have permanent damage that causes me to have mobility issues as well as extensive pain in leg. 10 I have lost the mobility of my two smaller toes on my left foot. 11 I have been diagnosed as suffering from nueropathy. 12 At the time of this incident I was taken medication and recieving treatment for mental health issues. 12a Since this issue has occurred I have beend diagnosed with P.T.S.D. and severe anxiety. 13 The staff had available to them tasers, pepper spray as well as other tools immediately accessible to them and failed to utilize them. 14. The excessive force that was used ~~constitues~~ constitutes cruel and unusual punishment which violates my ~~eighth~~ eighth amendment right to be free from cruel and unusual punishment. 15 This practice is approved of by sheriff Steve Reams. 16 Deputy Merredith is the person who called for the cell extraction. 17 It was authorized by Sgt. Todd; Sgt. Vaughn and Captain Kannetta. 18 It was carried out by Deputy Van Eaton and Deputy Miller.

4

"D. Statement of Claims"

Claim Two: Negligence

Supporting Facts: [1] After being shot I loss an enormous ammount of blood. I had to be placed on antibiotics twice due to my leg becoming infected twice. [2] I was denied proper medical attention by Dustin Polk, a contracted employee, of Armored Correctional at the Weld County Jail. [3] Because I did not recieve the proper medical attention I suffer from nueropathy and the mobility of the two small toes on my left foot. [4] I did not recieve medical treatment until November 7th, 2018. [5] After having my family getting involved I was finaly taken to North Central Medical center in Greeley, Colorado. [6] Unfortunately the damage that was done to my leg was irreversible. [7] My right to proper medical care is protected by the eighth amendment. [8] This right was violated by Dustin Polk and the staff of the Weld County Sheriffs Dept.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Matt Elbe, Sgt. Leach

Docket number and court: 1:18-cv-01056-NRN

Claims raised: Excessive Force, Right to practice religion

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Pending

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

"E. Previous Lawsuits

Name of defendant(s): Rick Raemisch / Colorado Dept. of Corrections

Docket number and court: U.S. District Court

Claims Raised: Illegal incarceration

Disposition (is the case still pending?
has it been dismissed?; was relief granted?) Dismissed

Reason for dismissal, if dismissed: Failure to state a claim where relief can be granted.

Result on appeal if appealed: N/A

### G.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* 1. Granting me, Nicholas J. Hall, a declaration that the acts and omissions described herein violate my rights under the constitution and laws of the United States. 2. A preliminary and permanent injunction ordering defendants to cease the practice of shooting inmates with shotguns and projectiles that cause permanent damage and cause a legitiment risk to life. 3. That the court grant punitive damages in the ammount of $50,000 against each defendant jointly and severally. 4. That the court grant compensatory damages in the ammount of $50,000 against each defendant jointly and severally. 5. I seek a jury trial on all issues triable by jury. 6. I also seek recovery of the costs in this suit. 6. Any additional relief this court deems just, proper and equitable.

### H.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Nicholas J. Hall*
(Plaintiff's signature)

4-14-2020
(Date)

(Form Revised December 2017)

COLORADO DEPT OF CORRECTIONS
Name: Nicholas J. Hall
Register Number: 174251  Unit: 4-A-2-B
PO BOX 6000
City, State, Zip: Sterling, CO 80751

Clerk of the Court
Alfred A. Arraj U.S. Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589





ZIP 80751
02 1W
0001365920 APR 30 2020
US POSTAGE >> PITNEY BOWES
$ 001.60°

Restricted Inspection Mail Stamp

FACILITY: SCF
DATE REC'D: 4/29/20
DOC EMPLOYEE LAST NAME: Lusk
ID#: 2735
INT:
DOC#: 149251
OFFENDER LAST NAME: Hall
INT: N