IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01248-RM-NRN

NICHOLAS JASON HALL,

    Plaintiff,

v.

STEVE REAMS, Sheriff, in his individual and official capacities;
DEPUTY VAN EATON, in his individual and official capacities;
SGT TODD, in his individual and official capacities,

    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Matthew J. Hegarty, Esq., of the law firm of Hall & Evans, L.L.C., now enters his appearance on behalf of Defendants Sheriff Steve Reams, Deputy Van Eaton, and Sergeant Todd.

    Dated and respectfully submitted this 9th day of September, 2020.

                                                  *s/ Matthew J. Hegarty*
                                                Matthew J. Hegarty
                                                HALL & EVANS, L.L.C.
                                                1001 17th Street, Ste. 300
                                                Denver, CO  80202
                                                T:  303-628-3300
                                                F:  303-628-3368
                                                hegartym@hallevans.com
                                                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE [CM/ECF]

I hereby certify that, on this 9th day of September, 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court via the CM/ECF system, which will send notification of the filing to the following email addresses:

N/A

and placed a copy of the foregoing to the following non-CM/ECF participant in the United States Mail, first-class postage prepaid, and addressed to the following:

Nicholas Jason Hall, #149251
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751

*s/ Marlene Wilson*, Legal Assistant to
Matthew J. Hegarty
HALL & EVANS, L.L.C.
1001 17th Street, Ste. 300
Denver, CO  80202
T:  303-628-3300
F:  303-628-3368
hegartym@hallevans.com
**ATTORNEYS FOR DEFENDANTS**